AO 245S Modified (3/90) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

## UNITED STATES DISTRICT COURT

___Eastern___ District of __California__

JUDGMENT

UNITED STATES OF AMERICA

V.

Case Number:6:05-MJ-00260-WMW

TODD LINDENMAN

ELIZABETH HEY, A.F.D.
Defendant's Attorney

*THE DEFENDANT:*

[X]      Pleaded guilty to counts_one, two, three and four_____.

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| *36 CFR 2.32 (a)(2)* | *Interference* | *One* | *11/26/2005* |
| *36 CFR 2.35(b)(2)* | *PCS* | *Two* | *11/26/2005* |
| *36 CFR 4.2/CVC 16028 (A)* | *No Insurance* | *Three* | *11/26/2005* |
| *36 CFR 4.2/CVC 14601.2(A)* | *Suspended D.L.* | *Four* | *11/26/2005* |

*The defendant is sentenced as provided in pages 2 through 2 of this Judgment.*

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*
xxx-xx-xxxx

*Defendant's mailing address:*

Mariposa, CA

*Defendant's residence address:*

Mariposa , CA

July 17, 2006
*Date of Imposition of Sentence*

*Signature of Judicial Officer*

William M. Wunderlich
U.S. Magistrate Judge
*Name and Title of Judicial Officer*

*Date:* July 18, 2006

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page  2  of  2*

*Defendant:* TODD LINDENMAN
*Case Number:* 6:05-MJ-00260-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

### 24 Months

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances.  The defendant shall also comply with the standard conditions that have been adopted by this court (set forth below) and shall comply with the following additional conditions:*

*1.   Serve 4 days custody pursuant to 18 USC 3563(b)(10). Defendant is ordered to report to the institution designated by the Bureau of Prisons, and failing a designation, to the U.S. Marshal's Office, Fresno, California, by 2:00 p.m. on August 25, 2006.  The Court recommends that the defendant be placed in Mariposa County Jail.*

*2.  Pay fine total of $1960 and a penalty assessment if $40 in payments of $85 per month, commencing on August 18, 2006 and due on the 18th of each month until paid in full.*